UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**In the Matter of the Complaint of Great Lakes Dredge & Dock Company, LLC as Owner of the Booster Barge REGGIE, Official Number 1151925, for Exoneration from or Limitation of Liability,**

    **Plaintiff-Petitioner**

v.　　　　　　　　　　　　　　　　　Civil Action No.: 2:18-cv-676

**All persons failing to file a claim in the Matter of the Complaint of Great Lakes Dredge & Dock Company, LLC as Owner of the Booster Barge REGGIE, Official Number 1151925, for Exoneration from or Limitation of Liability,**

    **Defendants.**

### CLERK'S ENTRY OF DEFAULT

Default is hereby noted on the docket as to all persons failing to file a claim in this matter on or before March 10, 2019 pursuant to Rule 55(a) of the Federal Rules of Civil Procedure this 13th day of August, 2019.

FERNANDO GALINDO, Clerk

By: _____
    Deputy Clerk